UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT 10  A 11: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NONA PUCCIARIELLO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL POWER AMERICA, INC. ET AL,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. _____ |

## NOTICE OF REMOVAL

TO: **The Honorable Judges of the**
　　**United States District Court**
　　**District of Massachusetts**

The Defendants, International Power America, Inc., IPA Services, Inc., Bruce Levy and David Musselman ("Defendants") by their attorneys, hereby provide notice of the removal of this lawsuit from the Superior Court, Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, and respectfully submit to this Honorable Court the following in support of such removal:

1.　On April 27, 2007, the Plaintiff, Nona Pucciariello, filed a claim with the Massachusetts Commission Against Discrimination ("MCAD"), alleging, *inter alia,* discrimination based on sex and unlawful retaliation. On September 21, 2007, the Plaintiff commenced an action in the Superior Court for the Commonwealth of

- 1 -

A/72242259.1

Massachusetts, County of Middlesex, Civil Action No. 07-3668, against Defendants. Copies of all pleadings received by Defendants are attached as <u>Exhibit A</u>.

2. The Plaintiff mailed copies of the Summons and Complaint to counsel for the Defendants on September 28, 2007, together with a request to waive formal service of process. The Defendants agreed to waive formal process and delivered said waiver to Plaintiff's counsel on October 10, 2007.

3. The Plaintiff resides in the District of Columbia (Compl. ¶ 1, *see* Exhibit A). Defendant International Power America ("IPA") is a corporation with headquarters in Marlborough, Middlesex County, Massachusetts. Defendant IPA Services, Inc. is a wholly-owned subsidiary of IPA, also located in Middlesex County, Massachusetts. Defendants Bruce Levy and David Musselman reside in Rockland County, New York and Worcester County, Massachusetts, respectively. Therefore, the parties in this case are diverse.

4. The amount in controversy is revealed on the Civil Action Cover Sheet and is in excess of $75,000. (Plaintiff's claims for damages, including lost wages and anticipated lost wages, are in the amount of at least $1,100,000).

5. For the foregoing reasons, this Honorable Court has jurisdiction based on diversity of citizenship. 28 U.S.C. §1332.

6. This Notice has been filed within thirty (30) days after receipt by Defendant of the Complaint, as required by 28 U.S.C. §1446(b).

7.  Accordingly, this action is a civil action which may be removed to this Court pursuant to 28 U.S.C. §1441(a).

8.  As required by 28 U.S.C. §1446(d), Defendants have provided written notice of the filing of this Notice of Removal to the Plaintiff, and Defendants will file a copy of this Notice of Removal with the Clerk of the Court for the Middlesex County, Superior Court, Commonwealth of Massachusetts, for filing of Civil Action No. 07-3668.

9.  Pursuant to Local Rule 81.1(a), the Defendants shall request from the Clerk of the Middlesex County Superior Court certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file same within 30 days of this Notice.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants hereby remove this case from the Superior Court of the Commonwealth of Massachusetts in and for the County of Middlesex to this Honorable Court.

INTERNATIONAL POWER AMERICA, INC. ET AL
By their attorneys,

*Allyson E. Kurker*
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
617.951.8000

Dated: October 10, 2007

## CERTIFICATE OF SERVICE

A true copy of the foregoing Notice of Removal of Civil Action to the United States District Court was served by hand on this 10th day of October, 2007 on the attorney for the Plaintiff:

Barbara A. Robb, Esq.
Shilepsky O'Connell LLP
225 Franklin Street, 16th Floor
Boston, MA 02110-2898

*Allyson E. Kurker*
Allyson E. Kurker, BBO# 665231